1096

granted. Certiorari denied.

No. 03–1397. CIVIL LIBERTIES FOR URBAN BELIEVERS ET AL. *v.* CITY OF CHICAGO, ILLINOIS, ET AL. C. A. 7th Cir. Motions of Becket Fund for Religious Liberty et al. and American Jewish Congress et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 03–1502. RANGER CELLULAR ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Motion of petitioners for partial remand for consideration of settlement agreement denied. Certiorari denied.

No. 03–9656. DULISSE *v.* HOMESIDE LENDING, INC. Sup. Ct. Pa. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–8096. MORRISON *v.* GEORGIA, *ante,* p. 940;

No. 03–8517. SIMPSON *v.* COLORADO, *ante,* p. 947;

No. 03–8625. MCCOY *v.* YARBOROUGH, WARDEN, ET AL., *ante,* p. 962;

No. 03–8779. CRISWELL *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 991;

No. 03–8899. JANES *v.* UNITED STATES, *ante,* p. 954;

No. 03–8905. RONDEAU *v.* RONDEAU, *ante,* p. 978;

No. 03–8912. ERVIN *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 954;

No. 03–9086. GILBERT *v.* RENICO, WARDEN, *ante,* p. 1013;

No. 03–9309. BREEN *v.* UNITED STATES, *ante,* p. 999;

No. 03–9358. GLASS *v.* BROADWAY ELECTRIC SERVICE, INC., *ante,* p. 1016; and

No. 03–9472. IN RE MCQUIDDY, *ante,* p. 986. Petitions for rehearing denied.

JUNE 8, 2004

No. 03–10767 (03A1002). BRYAN *v.* MULLIN, WARDEN, ET AL. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.